FILED

JAN 2 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Ths _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8048

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>Jana Fernanda ANDRADE,<br><br>               Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about January 22, 2008, within the Southern District of California, defendant Jana Fernanda ANDRADE, did knowingly and intentionally import approximately 14.80 kilograms (32.56 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Hugo A. Leon

Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE January 23, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jana Fernanda ANDRADE

### STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On January 22, 2008, at approximately 1130 hours, Customs and Border Protection (CBP) Officer S. Ceja was assigned to Vehicle Primary Lane four (4) of the Calexico, California East Port of Entry when a 2003 white Volkswagon Jetta bearing California license plate 6AHU621 approached for entry into the United States. Jana Fernanda ANDRADE was the driver and sole occupant of the Jetta.

CBP Officer Ceja encountered the driver of the Jetta, ANDRADE, and received a negative Customs declaration from ANDRADE. CBP Officer Ceja referred the Jetta and ANDRADE into Vehicle Secondary for a more thorough examination.

In Vehicle Secondary, CBP Officer N. Rojas conducted a cursory inspection of the Jetta and tapped on the floorboard/rocker panels of the Jetta and noticed that the floorboard/rocker panels of the Jetta felt hard and sounded solid when tapped. CBP Officer Rojas then pulled back on the rug of the Jetta and saw brown postal tape wrapped packages.

CBP Officer Rojas discovered six brown postal tape wrapped packages concealed inside the floorboard/rocker panel of the driver side and seven brown postal tape wrapped packages concealed inside the floorboard/rocker panel of the Jetta. CBP Officer Rojas probed one of the packages producing a white, powdery substance, which field-tested positive for cocaine. A total of thirteen (13) packages were removed from the Jetta. The total weight was approximately 14.80 kilograms (32.56 pounds) of cocaine.

ANDRADE was advised of her rights per Miranda. ANDRADE stated to Special Agent Leon that she understood her rights and was willing to make a statement without an attorney present. ANDRADE denied any knowledge of the cocaine found in the Jetta, stating that she was supposed to smuggle marijuana, but not until she had acquired a valid driver's license.