KAREN P. HEWITT
United States Attorney
John F. Weis
Assistant U. S. Attorney
California State Bar No. 82884
516B Industry Way, Suite C
Imperial, CA  92251
Telephone: (760) 370-0893 Ext. 13

Attorneys for Plaintiff
United States of America

FILED
JAN 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br>     v. <br> Jana Fernanda ANDRADE, <br>                 Defendant. | Magistrate Case No.: **08MJ8048** <br><br> Statement of Related Case |

The government avers that the above captioned case is related to United States v. Ernesto VIRUET, Magistrate Number 08MJ8063.

Dated:   January 25, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John F. Weis

JOHN F. WEIS
Assistant U. S. Attorney